Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Road
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LESLEY W. COLE**

       Plaintiff,

    v.

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

       Defendant.

6:11-CV-00473-SI

ORDER FOR EAJA
ATTORNEY FEES

_____

    Based upon the stipulation of the parties, the Court orders the Commissioner of

Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney

fees in the amount of $7,392.49 for attorney fees to Plaintiff to be mailed to Plaintiff's

attorney at 316 Second Rd, Summertown, TN. 38483.

    It is so ORDERED

    Dated this 4th, day of June, 2012

_____
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES